ROSE T. LANGNER, by GITELE LEIFER, Her Guardian ad Litem, Appellant, v. IZAAK LANGNER, Respondent.— Motion for reargument granted, and upon reargument judgment reversed upon the law and the facts, and a new trial granted.

We are of opinion that a new trial should be had in the interest of justice.   Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.